UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JONY JOEL MEDAL-GARAY,

     Petitioner,

    v.                                                  Case No.:  2:26-cv-00429-SPC-NPM

GARRETT RIPA *et al.*,

     Respondents,

_____/

## **OPINION AND ORDER**

Before the Court is Jony Joel Medal-Garay's Motion to Enforce Habeas Order (Doc. 10).

Medal-Garay is noncitizen in immigration detention, and he sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Medal-Garay before an immigration judge for a bond hearing within 10 days or release Medal-Garay from custody.

On March 6, 2026, an immigration judge denied Medal-Garay's applications for asylum and withholding of removal, ordered him removed to Ecuador or Guatemala, and denied release on bond because Medal-Garay "presents a heightened risk of flight due to the termination of his applications

for relief and minimal ties to the United States." (Doc. 10-2). Medal-Garay now asks the Court to order the government to release him from detention. But the Court finds that the respondents complied with its habeas order. The proper way to challenge the result of the bond hearing is to appeal to the Board of Immigration Appeals. Accordingly, Medal-Garay's motion (Doc. 10) is **denied**.

**DONE AND ORDERED** in Fort Myers, Florida on March 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record